FILED
7/19/18 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID E. BROWN

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:13-10294 TPA

Chapter 13

Document No.: 112

## ORDER OF COURT

AND NOW, this ___19th___ day of ___July___, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). ~~The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Thomas P. Agresti_
U.S. BANKRUPTCY JUDGE   jlm

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 13-10294-TPA
David E. Brown                                                          Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                   Page 1 of 2                   Date Rcvd: Jul 19, 2018
                               Form ID: pdf900              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db             +David E. Brown,    6328 Wheeler Road,    West Springfield, PA 16443-1812
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
13689500       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13689503       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13598223      #+CHEST DISEASES OF NW PA,    3580 PEACH STREET, STE. 103A,    ERIE, PA 16508-2776
13598224        CLINICAL ASSOC. IN RADIOLOGY,    PO BOX 49,    PITTSBURGH, PA 15230-0049
13598225       +COMMUNITY HEALTH NET,    PO BOX 369,    ERIE, PA 16512-0369
13598227        CREDITECH,    PO BOX 99,    BANGOR, PA 18013-0099
13632221       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13582393       +DAVID R. LEFEVRE VOELKER & ASSOC. P.C.,    HAMPTON STONEWORKS PROF. BLD,
                 3960 ROUTE 8, SUITE 200,    ALLISON PARK, PA 15101-3603
13598228       +DAVID SIMMONS,    6328 WHEELER ROAD,    WEST SPRINGFIELD, PA 16443-1812
13598232       +ERIE COUNTY TAX CLAIM BUREAU,    ERIE COUNTY COURTHOUSE,    140 W. 6TH STREET, ROOM 110,
                 ERIE, PA 16501-1029
13598231       +ERIE COUNTY TAX CLAIM BUREAU,    ERIE COUNTY COURTHOUSE,    140 WEST 6TH STREET, ROOM 110,
                 ERIE, PA 16501-1029
13598233        ERIE TIMES FED. CREDIT UNION,    355 METZ STREET,    ERIE, PA 16508
13622737       +Erie Times Federal Credit Union,    c/of Weltman Weinberg & Reis,
                 436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
13598234        FIRESTONE,    CREDIT FIRST N.A.,    PO BOX 81344,    CLEVELAND, OH 44188-0344
13582395       +GREEN TREE CONSUMER DISC. CO.,    STONEWOOD COMMONS III,    105 BRADFORD ROAD, SUITE 200,
                 WEXFORD, PA 15090-6920
13582396        GREEN TREE FINANCIAL CORP.,    500 LANDMARK TOWERS,    ST. PAUL, MN 55102-1642
13598238       +HSBC CARD SERVICE,    PO BOX 379,    WOOD DALE, IL 60191-0379
13598239        HSBC CARD SERVICES,    PO BOX 71104,    CHARLOTTE, NC 28272-1104
13598240       +LAKE ERIE MEDICAL GROUP, INC.,    PO BOX 644850,    PITTSBURGH, PA 15264-4850
13598241       +MEDICAL ASSOCIATES OF ERIE,    OSTEOPATHIC INTERNAL MEDICAL,    ONE LECOM PLACE,
                 ERIE, PA 16505-2571
13598243       +MILLCREEK PARAMEDIC SERVICE,    3608 WEST 26TH STREET,    ERIE, PA 16506-2097
13598244       +NANCY BROWN,    6328 WHEELER ROAD,    WEST SPRINGFIELD, PA 16443-1812
13598245       +PENNCREDIT,    PO BOX 1259, DEPT. 91047,    OAKS, PA 19456-1259
13610138       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13598246        SAINT VINCENT INSTITUTE,    3530 PEACH STREET, LL1,    ERIE, PA 16508-2768
13598247        SHELL,    PO BOX 183018,    COLUMBUS, OH 43218-3018
13598248       +SPRINGFIELD TOWNSHIP TAX COLL.,    13903 RIDGE ROAD,    WEST SPRINGFIELD, PA 16443-1709
13598249        THE REGIONAL CANCER CENTER,    2500 WEST 12TH STREET,    ERIE, PA 16505-4597
13598250       +THRIFTY PROPANE INC.,    PO BOX 2018,    MEDINA, OH 44258-2018
13598251      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US BANK,    PO BOX 790408,    ST. LOUIS, MO 63179)
13598222       +VOELKER & ASSOC. P.C.,    HAMPTON STONEWORKS PROF. BLD,    3960 ROUTE 8, SUITE 200,
                 ALLISON PARK, PA 15101-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:27:01     Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL 60055-0001
cr             +E-mail/Text: erticu@velocity.net Jul 20 2018 02:26:53     Erie Times Federal Credit Union,
                 335 Metz Street,    Erie, PA 16508-2723
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:27:01     Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:20:01
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13598226       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2018 02:20:39     CREDIT ONE BANK,
                 PO BOX 60500,    CITY OF INDUSTRY, CA 91716-0500
13598229        E-mail/Text: mrdiscen@discover.com Jul 20 2018 02:26:53     DISCOVER CARD,    PO BOX 30949,
                 SALY LAKE CITY, UT 84130
13582397        E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:27:01     GREENTREE,    PO BOX 6172,
                 RAPID CITY, SD 57709-6172
13602152        E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:27:01     Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13602153       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:27:01     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13687850        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 02:34:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13598242       +E-mail/Text: litigationintake@metlife.com Jul 20 2018 02:28:09
                 METROPOLITAN LIFE INSURANCE CO,    DISABILITY BENEFITS CENTER,    PO BOX 14590,
                 LEXINGTON, KY 40512-4590
13728774        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:20:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13582398       +E-mail/Text: bncmail@w-legal.com Jul 20 2018 02:27:43     WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, SUITE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13
```

```
District/off: 0315-1          User: jmar                 Page 2 of 2                   Date Rcvd: Jul 19, 2018
                              Form ID: pdf900            Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC fka Green Tree Servicing LLC
cr               Green Tree Servicing, LLC
13598230*       +DYER LAW FIRM, P.C.,    5743 CENTRE AVENUE,    PITTSBURGH, PA 15206-3707
13598235*       +GREEN TREE CONSUMER DISC. CO.,    STONEWOOD COMMONS III,    105 BRADFORD ROAD, SUITE 200,
                  WEXFORD, PA 15090-6920
13598236*        GREEN TREE FINANCIAL CORP.,    500 LANDMARK TOWERS,    ST. PAUL, MN 55102-1642
13598237*        GREENTREE,   PO BOX 6172,    RAPID CITY, SD 57709-6172
13872934*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                  Norfolk, VA 23541)
13598579*      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                  CINCINNATI, OH 45201-5229)
13598252*       +WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, SUITE 400,    SEATTLE, WA 98121-3132
13582394       ##+DYER LAW FIRM, P.C.,    5743 CENTRE AVENUE,    PITTSBURGH, PA 15206-3707
                                                                                             TOTALS: 2, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor   Erie Times Federal Credit Union jvalecko@weltman.com,
               PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant   Erie Times Federal Credit Union kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor   Ditech Financial LLC kbuttery@rascrane.com
              Kurt L. Sundberg    on behalf of Debtor David E. Brown jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Kurt L. Sundberg    on behalf of Plaintiff David E. Brown jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Mary F. Kennedy    on behalf of Creditor   Green Tree Servicing, LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Wayne G. Johnson, Jr.    on behalf of Creditor   Green Tree Servicing, LLC wgjohnsonjr@hotmail.com
                                                                                             TOTAL: 10
```