IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | Case No. 13-10294-TPA |
| | : | |
| David E. Brown | : | Document No. |
| Debtor | : | |
| | : | |
| | : | |

# DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 25, 2018 at docket number 123, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*

   Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  7/26/18           By:    /s/ *Kurt L. Sundberg*
                                  Signature
                                  Kurt L. Sundberg
                                  Name of Filer - Typed
                                  300 State Street, Suite 300
                                  Erie, PA 16507
                                  Address of Filer
                                  ksundberg@marshlaw.com
                                  Email Address of Filer
                                  (814) 456-5301
                                  Phone Number of Filer
                                  56844    PA
                                  Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**