**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David E. Brown** | Social Security number or ITIN  **xxx–xx–7330** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13–10294–TPA** | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   David E. Brown

7/27/18                                                                                       **By the court:**     Thomas P. Agresti
                                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-10294-TPA
David E. Brown                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 3180W          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db             +David E. Brown,    6328 Wheeler Road,    West Springfield, PA 16443-1812
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
13689500       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13689503       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13598223       #+CHEST DISEASES OF NW PA,    3580 PEACH STREET, STE. 103A,    ERIE, PA 16508-2776
13598224        CLINICAL ASSOC. IN RADIOLOGY,    PO BOX 49,    PITTSBURGH, PA 15230-0049
13598225       +COMMUNITY HEALTH NET,    PO BOX 369,    ERIE, PA 16512-0369
13598227        CREDITECH,    PO BOX 99,    BANGOR, PA 18013-0099
13582393       +DAVID R. LEFEVRE VOELKER & ASSOC. P.C.,    HAMPTON STONEWORKS PROF. BLD,
                 3960 ROUTE 8, SUITE 200,    ALLISON PARK, PA 15101-3603
13598228       +DAVID SIMMONS,    6328 WHEELER ROAD,    WEST SPRINGFIELD, PA 16443-1812
13598232       +ERIE COUNTY TAX CLAIM BUREAU,    ERIE COUNTY COURTHOUSE,    140 W. 6TH STREET, ROOM 110,
                 ERIE, PA 16501-1029
13598231       +ERIE COUNTY TAX CLAIM BUREAU,    ERIE COUNTY COURTHOUSE,    140 WEST 6TH STREET, ROOM 110,
                 ERIE, PA 16501-1029
13598233        ERIE TIMES FED. CREDIT UNION,    355 METZ STREET,    ERIE, PA  16508
13622737       +Erie Times Federal Credit Union,    c/of Weltman Weinberg & Reis,
                 436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
13582395       +GREEN TREE CONSUMER DISC. CO.,    STONEWOOD COMMONS III,    105 BRADFORD ROAD, SUITE 200,
                 WEXFORD, PA 15090-6920
13582396        GREEN TREE FINANCIAL CORP.,    500 LANDMARK TOWERS,    ST. PAUL, MN  55102-1642
13598239        HSBC CARD SERVICES,    PO BOX 71104,    CHARLOTTE, NC  28272-1104
13598240       +LAKE ERIE MEDICAL GROUP, INC.,    PO BOX 644850,    PITTSBURGH, PA 15264-4850
13598241       +MEDICAL ASSOCIATES OF ERIE,    OSTEOPATHIC INTERNAL MEDICAL,    ONE LECOM PLACE,
                 ERIE, PA 16505-2571
13598243       +MILLCREEK PARAMEDIC SERVICE,    3608 WEST 26TH STREET,    ERIE, PA 16506-2097
13598244       +NANCY BROWN,    6328 WHEELER ROAD,    WEST SPRINGFIELD, PA 16443-1812
13598245       +PENNCREDIT,    PO BOX 1259, DEPT. 91047,    OAKS, PA 19456-1259
13610138       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13598246        SAINT VINCENT INSTITUTE,    3530 PEACH STREET, LL1,    ERIE, PA  16508-2768
13598247        SHELL,    PO BOX 183018,    COLUMBUS, OH  43218-3018
13598248       +SPRINGFIELD TOWNSHIP TAX COLL.,    13903 RIDGE ROAD,    WEST SPRINGFIELD, PA 16443-1709
13598249        THE REGIONAL CANCER CENTER,    2500 WEST 12TH STREET,    ERIE, PA  16505-4597
13598250       +THRIFTY PROPANE INC.,    PO BOX 2018,    MEDINA, OH 44258-2018
13598222       +VOELKER & ASSOC. P.C.,    HAMPTON STONEWORKS PROF. BLD,    3960 ROUTE 8, SUITE 200,
                 ALLISON PARK, PA 15101-3603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:56      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL 60055-0001
cr             +E-mail/Text: erticu@velocity.net Jul 28 2018 02:31:13      Erie Times Federal Credit Union,
                 335 Metz Street,    Erie, PA 16508-2723
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +EDI: PRA.COM Jul 28 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
13598226       +EDI: RCSFNBMARIN.COM Jul 28 2018 05:58:00      CREDIT ONE BANK,    PO BOX 60500,
                 CITY OF INDUSTRY, CA 91716-0500
13632221       +EDI: CRFRSTNA.COM Jul 28 2018 05:58:00      Credit First NA,    Po Box 818011,
                 Cleveland, OH 44181-8011
13598229        EDI: DISCOVER.COM Jul 28 2018 05:58:00      DISCOVER CARD,    PO BOX 30949,
                 SALY LAKE CITY, UT  84130
13598234        EDI: CRFRSTNA.COM Jul 28 2018 05:58:00      FIRESTONE,    CREDIT FIRST N.A.,    PO BOX 81344,
                 CLEVELAND, OH  44188-0344
13582397        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      GREENTREE,    PO BOX 6172,
                 RAPID CITY, SD  57709-6172
13602152        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13602153       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13598238       +EDI: HFC.COM Jul 28 2018 05:58:00      HSBC CARD SERVICE,    PO BOX 379,
                 WOOD DALE, IL 60191-0379
13687850        EDI: RESURGENT.COM Jul 28 2018 05:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13598242       +E-mail/Text: litigationintake@metlife.com Jul 28 2018 02:33:17
                 METROPOLITAN LIFE INSURANCE CO,    DISABILITY BENEFITS CENTER,    PO BOX 14590,
                 LEXINGTON, KY 40512-4590
13728774        EDI: PRA.COM Jul 28 2018 05:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
```

```
District/off: 0315-1           User: culy                  Page 2 of 2                  Date Rcvd: Jul 27, 2018
                               Form ID: 3180W              Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13598251          EDI: USBANKARS.COM Jul 28 2018 05:58:00     US BANK,    PO BOX 790408,    ST. LOUIS, MO  63179
13598579          EDI: USBANKARS.COM Jul 28 2018 05:58:00     US BANK N.A.,    BANKRUPTCY DEPARTMENT,
                   P.O. BOX 5229,    CINCINNATI, OH 45201-5229
13582398         +E-mail/Text: bncmail@w-legal.com Jul 28 2018 02:32:26     WEINSTEIN & RILEY, P.S.,
                   2001 WESTERN AVENUE, SUITE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr              Green Tree Servicing, LLC
13598230*      +DYER LAW FIRM, P.C.,    5743 CENTRE AVENUE,    PITTSBURGH, PA 15206-3707
13598235*      +GREEN TREE CONSUMER DISC. CO.,    STONEWOOD COMMONS III,    105 BRADFORD ROAD, SUITE 200,
                 WEXFORD, PA 15090-6920
13598236*       GREEN TREE FINANCIAL CORP.,    500 LANDMARK TOWERS,    ST. PAUL, MN  55102-1642
13598237*       GREENTREE,    PO BOX 6172,    RAPID CITY, SD  57709-6172
13872934*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
13598252*      +WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, SUITE 400,    SEATTLE, WA 98121-3132
13582394      ##+DYER LAW FIRM, P.C.,    5743 CENTRE AVENUE,    PITTSBURGH, PA 15206-3707
                                                                                   TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Erie Times Federal Credit Union jvalecko@weltman.com,
               PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    Erie Times Federal Credit Union kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              Kurt L. Sundberg    on behalf of Debtor David E. Brown jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Kurt L. Sundberg    on behalf of Plaintiff David E. Brown jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Mary F. Kennedy    on behalf of Creditor    Green Tree Servicing, LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Wayne G. Johnson, Jr.    on behalf of Creditor    Green Tree Servicing, LLC wgjohnsonjr@hotmail.com
                                                                                             TOTAL: 10
```